UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **IN RE:** ) ) ) **TEMPORARY CLOSURE OF THE** ) **UNITED STATES COURTHOUSE IN** ) **ASHEVILLE, NORTH CAROLINA** ) ) ) | Case No.: 1:24-mc-16-MR |

## STANDING ORDER

On September 30, 2024, the United States Courthouse in the Asheville division was closed due to a utilities outage resulting from flooding caused by Hurricane Helene. In light of the closure, the Court ORDERS as follows:

1. The Clerk's Office for the Asheville Division located at 100 Otis Street, Asheville, North Carolina, 28801, shall remain closed until further order of the Court;

2. Any parties with electronic filing privileges shall utilize CM/ECF to the extent practicable for filings in cases pending in the Asheville Division;

3. Any in-person filings in cases pending in the Asheville Division shall be delivered either to the United States Courthouse, Charles R. Jonas Federal Building at 401 West Trade Street, Room 1200 Charlotte, NC 28202 or to the United States Courthouse at 200 West Broad Street, Rm 304 Statesville, NC 28677; and

4. Any mailings in cases pending in the Asheville Division shall be delivered either to the United States Courthouse, Charles R. Jonas Federal Building at 401 West Trade Street, Room 1200 Charlotte, NC 28202 or to the United States Courthouse at 200 West Broad Street, Rm 304 Statesville, NC 28677.

This Order shall remain in effect until further order of the Court.

**SO ORDERED.**     Signed: October 3, 2024

Martin Reidinger
Chief United States District Judge