# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>UNITED STATES COURTHOUSE IN ASHEVILLE, NC | Case No.:1:24-mc-16-MR |

## STANDING ORDER

The Standing Order entered on October 3, 2024, closing the court in Asheville, NC is hereby rescinded effective Monday, October 28, 2024. The Asheville courthouse will reopen at 8:00 am on that date. In-person filings and mailings in cases pending in the Asheville Division can resume on that date at 100 Otis Street, Asheville, North Carolina, 28801.

**SO ORDERED.**

Signed: October 24, 2024

Martin Reidinger
Chief United States District Judge